FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 OCT 31  PM 4: 32

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION NUMBER **07-7735** |
| | * | |
| v. | * | JUDGE **SECT. J MAG. 4** |
| | * | |
| EVARISTUS B. MACKEY, JR., and Desiree M. Charbonnet | * | MAGISTRATE |
| | * * * | |

## COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF

**NOW INTO COURT** comes the United States of America, through undersigned Assistant United States Attorney, who respectfully moves this Court as follows:

1.

Plaintiff is the United States of America, who brings this action on its behalf and on behalf of Martin L. C. Feldman, United States District Court Judge for the Eastern District of Louisiana and Duane Evans, Assistant United States Attorney for the Eastern District of Louisiana ("federal officials").

- 1 -

Fee USA
Process
X Dktd
CtRmDep
Doc. No

**2.**

Defendants are:

(1) Evaristus B. Mackey, Jr., currently sentenced to the custody of the Federal Bureau of Prisons and incarcerated at a correctional facility in Bruceton Mills, West Virginia; and

(2) Desiree M. Charbonnet, in her capacity as Ex-Officio Recorder of Mortgages for the Parish of Orleans.

**3.**

Plaintiff requests declaratory relief pursuant to 28 U.S.C. § 2201 and § 2202 (Declaratory Judgment Act). Plaintiff also seeks injunctive relief pursuant to 28 U.S.C. § 1651 (All Writs Act). Plaintiff further requests that the Court exercise its supervisory authority over the United States District Court and the United States Bankruptcy Court pursuant to 28 U.S.C. § 1651.

**4.**

This action is brought by the United States of America, accordingly, this Honorable Court enjoys subject matter jurisdiction over this matter pursuant to the provisions of 28 U.S.C. § 1345.

**5.**

Venue is proper in this district pursuant to 28 U.S.C. § 1391 (b)(2).

**6.**

The United States seeks declaratory and injunctive relief against defendant Mackey based upon his threatening, abusive, misleading, repetitious, frivolous, retaliatory, and baseless communications and filings, including purported Uniform Commercial Code liens and involuntary bankruptcy claims against the named federal officials due solely to their affiliation with or their involvement in defendant Mackey's federal criminal proceedings which resulted in his conviction.

**7.**

On June 5, 2001, defendant Evaristus B. Mackey, Jr., represented by counsel, was convicted by a jury of violating the Federal Gun Control Act in federal criminal proceedings entitled <u>United States of America v. Evaristus B. Mackey, Jr.</u>, 00-CR-316, United States District Court, Eastern District of Louisiana.

**8.**

Assistant United States Attorney Duane Evans prosecuted defendant Mackey. The Honorable Martin L. C. Feldman presides over defendant Mackey's criminal proceedings.

**9.**

On September 5, 2001, defendant Mackey was committed to the Bureau of Prisons and sentenced to serve 327 months of imprisonment followed by five years of supervised release and fined a $300 special assessment.

**10.**

On May 22, 2002, the United States Court of Appeals for the Fifth Circuit affirmed the district court's judgment.

**11.**

Thereafter and to date, defendant Mackey has filed numerous and successive post conviction and habeas corpus motions, as well as several appeals to the United States Court of Appeals for the Fifth Circuit.

**12.**

Defendant Mackey's frivolous filings have included an administrative tort claim against Assistant United States Attorney Duane Evans filed May 14, 2007, for, *inter alia*, illegal incarceration.

**13.**

Defendant Mackey also filed two Uniform Commercial Code Financing Statements in connections with his criminal prosecution with the Recorder of Mortgages for the Parish of Orleans. Defendant Mackey claims that he is both a debtor and a creditor under this purported security agreement. Mackey argues that Assistant United States Attorney Duane Evans is liable to him for the illegal and unauthorized use of defendant Mackey without permission of his creditor, defendant Mackey.

**14.**

Defendant Mackey recently attempted to file an involuntary bankruptcy proceeding against the federal officials. The documents tendered to the United States Bankruptcy Court for the Eastern District of Louisiana were not in proper form therefore, the involuntary bankruptcy was not filed and the documents were returned to defendant Mackey.

**15.**

Under existing Louisiana state law, the recorder of mortgages has no discretion to refuse to file patently frivolous liens, such as the instant documents filed by defendant Mackey. The United States seeks to prevent defendant Mackey from filing unlawful lien instruments against the named federal officials.

**16.**

The United States has standing to seek relief from actual or threatened interference with the performance of its proper governmental functions. It is evident, based upon his history of vexatious filings, that defendant Mackey will continue to harass, intimidate, and distract the named federal officials from the duties of their offices unless defendant Mackey is enjoined from filing and recording any lien instruments in the public records and the Recorder of Mortgages, the Clerk of Court for the United States District Court for the Eastern District of Louisiana, and the Clerk of Court for the United States Bankruptcy Court for the Eastern District of Louisiana are likewise enjoined from accepting the same from defendant Mackey.

**17.**

This is no alternative adequate remedy at law to address the current and future unlawful conduct of defendant Mackey, and this action for declaratory and injunctive relief is Plaintiff's only means of securing relief.

**WHEREFORE**, plaintiff, United States of America, requests that this Honorable Court:

1. Issue a declaratory judgment declaring all liens, encumbrances, and other instruments filed by defendant Evaristus B. Mackey, Jr., and all those in active concert and participation with him, that purport to attach or otherwise affect the assets of the named federal officials herein invalid, null, void, and of no effect against the federal officials.

2. Issue an injunction perpetually enjoining and restraining the defendant Evaristus B. Mackey, Jr., and all those in active concert and participation with him, to refrain immediately from communicating via written correspondence, including motions, notices, letters, or copies of filings, with any of the aforesaid named federal officials.

3. Issue an injunction perpetually enjoining and restraining defendant Evaristus B. Mackey, Jr., and all those in active concert and participation with him, to refrain immediately from filing and recording, or causing to be filed or

recorded, in the public records of any state, county, parish, town, city or locality, any instrument, affidavit, or document asserting a nonconsensual lien, claim, privilege, or mortgage against or which otherwise purports to lien, encumber, mortgage, seize, levy, or otherwise effect, on a non-consensual basis, any property, real or personal, belonging to or in the name of any federal official without prior express written authorization from this Court.

4. Issue an injunction perpetually enjoining and restraining defendant Desiree M. Charbonnet from filing, recording or causing to be filed or recorded any instrument, affidavit, or document asserting a nonconsensual lien, claim, privilege, or mortgage on behalf of defendant Evaristus B. Mackey, Jr., and all those in active concert and participation with him, against named federal officials and enjoining and restraining defendant Evaristus B. Mackey from filing any action in the United States District Court or the United States Bankruptcy Court without prior express written authorization from this Court.

Respectfully submitted,

**JIM LETTEN**
**UNITED STATES ATTORNEY**

_[signature]_
**SANDRA E. GUTIERREZ**
Assistant United States Attorney
LA Bar Roll No. 17888

Hale Boggs Federal Building
500 Poydras Street, Room 210 B
New Orleans, Louisiana 70130
Telephone: (504) 680-3124

and

**JAMES L. NELSON**
Assistant United States Attorney
LA Bar Roll No. 09934
Russell B. Long Federal Building
777 Florida Street, Room 208
Baton Rouge, Louisiana 70801
Telephone: (504) 680-3124